UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE UNITED STATES OF AMERICA, for
the use and benefit of SOUTHEAST
ENTERPRISE GROUP, INC., a Florida corporation,

    Plaintiff,                                                   3:03-CV-572-J-25 MCR

vs.

SKANSKA USA BUILDING, INC. f/k/a
Beers Construction Company, a foreign corporation, and
AMERICAN HOME ASSURANCE COMPANY, a foreign
corporation,

    Defendants.
_____/

## ORDER

This Cause is before the Court on Defendants' Consent Motion to Stay Ruling on Motion for Attorneys Fees.....and Request for Oral Argument regarding same (Dkts. 104 and 105).

Upon consideration, it is **ORDERED**:

1. Defendants' Consent Motion to Stay Ruling on Motion for Attorneys Fees... (Dkt. 104 is **GRANTED**.

2. The Request for Oral Argument regarding same (Dkt. 105) is **MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of March 2005.

                                                                   HENRY LEE ADAMS, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record